UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:25-cr-89

vs.

JULIAN VALENTINE, District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 29); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT ONE OF THE INDICTMENT; (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING; AND (4) ADVISING COUNSEL FOR BOTH SIDES THAT VOLUNTARY SURRENDER IS ONLY AVAILABLE IN LIMITED CIRCUMSTANCES AND DEFENDANTS ON BOND ARE TYPICALLY TAKEN INTO CUSTODY AT THE CONCLUSION OF THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. No. 29), recommending that the Court accept Defendant's guilty plea. There being no objections and for good cause shown, the Court **ADOPTS** the R&R in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with possession with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). The Court **DEFERS** the decision of whether to accept the parties' plea agreement until the sentencing hearing.

Counsel for both sides are **ADVISED** that voluntary surrender is only available in limited circumstances, *see* 18 U.S.C. § 3142, and Defendants on bond are typically taken into custody at the conclusion of the sentencing hearing.

**IT IS SO ORDERED**

September 24, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge